# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| Donna Smith,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>Equifax Information Services LLC, et al.,<br><br>　　　　　Defendants. | CIVIL FILE NO.: 4:24-cv-00047 |

## ORDER

Based on the STIPULATION OF DISMISSAL WITH PREJUDICE filed by the parties herein, this Court hereby orders that the Complaint against the Defendant Select Portfolio Servicing, Inc., shall be, and hereby is, dismissed with prejudice without costs, or disbursements, or attorneys' fees to either Plaintiff or Defendant Select Portfolio Servicing, Inc.

　**IT IS SO ORDERED.**

　**SIGNED this 19th day of July, 2024.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE